UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL COMPLAINT

_Brown, Renardus_ ,

_____ ,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

_Experian Information_ ,
_Solutions Inc_ ,

_____ /

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: _4:26-00060 MW/MJF_
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES  ☐ NO

FILED USDC FLND TL
FEB 3 '26 PM 3:34

NDFL Pro Se 1 (Rev. 12/16) Civil Complaint
ClerkAdmin/Official/Forms

1

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Renardus Brown

   Address: 462 Reynolds Rd.

   City, State, and Zip Code: Quincy, FL 32351

   Telephone: 951-552-3337 (Home) _____ (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Experian Information Solutions Inc

   Name of Employer *(if relevant)*: CT Corporation System

   Address: 1200 South Pine Island Rd.

   City, State, and Zip Code: Plantation, FL 33324

2. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

3. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000. 28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question        ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: This action arises under the Fair Credit Reporting Act, 15 U.S.C 1681 et seq., including but not limited to 15 U.S.C 1681e(b), 1681i, 1681n, and 1681o. Jurisdiction is proper pursuant to 28 U.S.C 1331 and 15 U.S.C 1681p.

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

    a. Plaintiff is an individual and a citizen of: _____

    b. If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

    _____

    *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

    a. If the Defendant is an individual, identify their citizenship below.

        1. Defendant *(name)* _____

            is a citizen of *(State)* _____

        2. Defendant *(name)* _____

            is a citizen of *(State)* _____

        3. Defendant *(name)* _____

            is a citizen of *(State)* _____

    b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

        1. Defendant *(name)* Experian Information Solutions, Inc

            State of Incorporation is Ohio

            or Principal Place of Business is Costa Mesa, CA

        2. Defendant *(name)* _____

            State of Incorporation is _____

            or Principal Place of Business is _____

        *(Attach additional page if necessary to list all Defendants.)*

    3. Have you previously been involved in litigation with one or more

## STATEMENT OF CLAIM

1. Plaintiff Renardus Brown is a natural person and a consumer within the meaning of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2. Defendant Experian Information Solutions, Inc. is a consumer reporting agency engaged in the business of assembling, evaluating, and disseminating consumer credit information to third parties for profit.

3. Beginning in or about 2022 and continuing through 2026, Defendant reported inaccurate, misleading, and unverifiable information on Plaintiff's consumer credit reports, including a secured credit card account, unsecured, Inquiries, federal and private student loan accounts that had been sold or transferred between entities multiple times.

4. Certain accounts were reported beyond the applicable statute of limitations, while other accounts were reported in a manner that misrepresented ownership, balances, and account status, rendering the information inaccurate and misleading.

5. Plaintiff repeatedly disputed the inaccurate information with Defendant, including disputes submitted directly and through the Consumer Financial Protection Bureau, and provided documentation supporting the inaccuracies.

6. In response to Plaintiff's disputes, Defendant removed certain accounts from Plaintiff's credit reports but later reinserted the same inaccurate information without conducting a reasonable reinvestigation and without providing proper notice to Plaintiff Renardus Brown

7. Despite repeated notice, Defendant continued to furnish and publish the inaccurate information to lenders, housing providers, and financial institutions.

8. As a direct and proximate result of Defendant's inaccurate credit reporting, Plaintiff was denied credit and housing opportunities, resulting in financial harm, housing instability, and periods of homelessness.

9. Defendant's conduct caused Plaintiff Renardus Brown severe emotional distress, including depression and anxiety, requiring ongoing medical treatment and prescription medication beginning in or about February 2025.

10. Defendant's actions were negligent and willful, and undertaken in reckless disregard of Plaintiff's rights under the FCRA.

11. Plaintiff Renardus Brown has suffered actual damages, including housing-related losses, emotional distress damages, medical expenses, and financial losses, all caused by Defendant's conduct.

of the named Defendants?

☑ Yes   ☐ No

If yes, identify prior case #: __2024SC2921__ Date: __12-3-2024__

Court: __County Court, Second Judicial Circuit Florida__

Defendant: __Sarah Lovell (Experian Information Solutions)__

Judge: __County Court Judge__

Result: __Dismissed without prejudice for failure to appear__

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

__See attached page titled "Statement of Claim"__

## RELIEF REQUESTED

Plaintiff Renardus Brown respectfully requests that the Court order the following relief:

Actual Damages

An award of actual damages in an amount to be determined at trial, but not less than $75,000, for financial harm, loss of housing opportunities, housing instability, and related economic losses caused by Defendant's inaccurate credit reporting.

Emotional Distress and Medical Damages

An award of damages for emotional distress, including depression and anxiety, and related medical expenses, in an amount to be determined at trial, but not less than $50,000, based on documented medical treatment and prescription medication.

Statutory Damages

Statutory damages pursuant to the Fair Credit Reporting Act for Defendant's violations, in an amount as allowed by law.

Punitive Damages

Punitive damages in an amount to be determined at trial, but not less than $100,000, based on Defendant's willful and reckless disregard of Renardus Brown Plaintiff's rights, including repeated reinsertion of inaccurate information after notice.

Injunctive and Declaratory Relief

An order requiring Defendant to permanently correct and cease reporting inaccurate, misleading, or unverifiable information concerning Plaintiff Renardus Brown, as Defendant's wrongful reporting continues to the present time.

Costs and Fees

An award of costs of this action and any attorney's fees allowed by statute.

Other Relief

Such other and further relief as the Court deems just and proper.

_____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *See attached page titled "Relief Requested"*

_____

_____

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 2/3/26   Plaintiff's Signature: _____

Printed Name of Plaintiff: Renardus Brown

Address: 462 Reynolds Rd.
Quincy, FL 32351

E-Mail Address: Renardusbrown92@gmail.com

Telephone Number: 904-749-5333

*(Additional signature pages must be attached if there is more than one Plaintiff.)*